Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS EMPLOYERS HEALTH & SECURITY TRUST, et al., <br><br> Plaintiff, <br><br> v. <br><br> GARRISON CREEK LANDSCAPING, INC., <br><br> Defendant. | No. C13-1422 RAJ <br><br> ORDER OF DISMISSAL |

On March 18, 2014, the Court entered an order noting that an order of default had been entered on January 24, 2014, with no further action since that time. The court ordered that Plaintiffs must file a motion for default judgment or other relief against Defendant by April 8, 2014, or the Court would dismiss Plaintiffs' action against Defendant for failure to prosecute.

There has been no response to the Court's order and no motion for default judgment has been filed.

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiffs' failure to prosecute.

DATED this 9th day of April, 2014.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1